# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| BRADLEY DWAYNE SELLERS, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No. | 3:21-CV-077-KAC-DCP |
| C/O SPARKS, | ) ) ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), Plaintiff is **ASSESSED** the filing fee of $400, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the Sheriff of Knox County and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT